

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of D.C.C.S., a child,

\* From the 1st Multicounty Court at Law
of Nolan County,
Trial Court No. CC-8199.

No. 11-24-00169-CV

\* July 25, 2024

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Jason R. Sanchez's motion to dismiss this appeal and concludes that the motion should be granted. In accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Jason R. Sanchez.